UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14136
    SYLVIA A BILLUPS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-1407


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/07/2007 and was confirmed 10/11/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SV | SECURED VEHIC | 12074.56 | 1421.13 | 1224.48 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CREDIT AND COLL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RIVER PARK APARTMENTS | UNSECURED | 1485.00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CRED PROTECTION ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER CARD | UNSECURED | NOT FILED | .00 | .00 |
| F&W LLC | UNSECURED | NOT FILED | .00 | .00 |
| FCO | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 236.24 | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1843.28 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | SECURED VEHIC | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | .44 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL SV | NOTICE ONLY | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 4112.58 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,334.00 | | 2,202.70 |
| TOM VAUGHN | TRUSTEE | | | 388.19 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 5,236.50

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14136 SYLVIA A BILLUPS

```
PRIORITY                                                    .00
SECURED                                                1,224.48
    INTEREST                                           1,421.13
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,202.70
TRUSTEE COMPENSATION                                     388.19
DEBTOR REFUND                                               .00
                      ----------------    ----------------
TOTALS                      5,236.50            5,236.50
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/25/09                /s/ Tom Vaughn
                               _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 14136 SYLVIA A BILLUPS